# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

**JAMES A. RICHARDS, JR.**  **PLAINTIFF**
**ADC #77616**

**v.**  **4:09CV00112-WRW-BD**

**CHARLES E. CLAWSON, JR., Judge,**
**Faulkner County Circuit Court,** *et al.*  **DEFENDANTS**

## JUDGMENT

Consistent with the Order that was entered on this day, this case is DISMISSED WITH PREJUDICE. The Court further certifies, under 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal taken from this Judgment and the accompanying Order would not be taken in good faith.

IT IS SO ORDERED this 24th day of February, 2009.


/s/Wm. R. Wilson, Jr.
UNITED STATES DISTRICT JUDGE